IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 15-CR-86-LRR |
| | ) | |
| vs. | ) | |
| | ) | |
| TYSHAWN TYRONE BUSH, | ) | |
| | ) | |
| Defendant. | ) | |

## FINAL ORDER OF FORFEITURE

WHEREAS, an Indictment was filed on September 22, 2015, charging

defendant with violations of 18 U.S.C. § 922(g)(3), being an unlawful user of a

controlled substance (marijuana) in possession of firearms, with a forfeiture

allegation seeking the forfeiture of two firearms and ammunition;

AND WHEREAS, on November 30, 2015, the Honorable Jon Stuart Scoles,

Chief Magistrate Judge for the Northern District of Iowa, entered a Report and

Recommendation concerning the plea of guilty (Document #19);

AND WHEREAS, pursuant to the provision of Rule 32.2(b)(1)(A) of the

Federal Rules of Criminal Procedure, Judge Scoles found that the government had

established the requisite nexus between the property subject to forfeiture, the

firearms and ammunition, and the offense as charged in Count 2 of the September

22, 2015, Indictment, a prohibited person in possession of a firearms and

ammunition, in violation of 18 U.S.C. § 922(g)(3);

1

AND WHEREAS, on December 15, 2015, the Court accepted Judge Scoles'

Report and Recommendation of November 30, 2015 (Document #20);

AND WHEREAS, pursuant to the December 15, 2015, acceptance of the plea of

guilty, the United States moved for a Preliminary Order of Forfeiture on December

15, 2015, pursuant to Rule 32.2(b)(2)(A), seeking an order following the Court's

acceptance of Judge Scoles' Report and Recommendation, including his finding of the

requisite nexus between the firearm, and the offense (Document #22);

AND WHEREAS, on December 16, 2015, this Court entered a Preliminary

Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d), and 28 U.S.C.

§ 2461(c), based upon the defendant's guilty plea entered on November 30, 2015, in

which the Court ordered the forfeiture of any interest defendant had or has in the

firearms and ammunition alleged to be subject to forfeiture under the Forfeiture

Allegation of the September 22, 2015, Indictment (Document #23);

AND WHEREAS, notice of this forfeiture was posted on www.forfeiture.gov

for 30 consecutive days beginning December 22, 2015, and continuing through

January 20, 2016, of the United States' intent to dispose of the property in

accordance with the law and further notifying all third parties of their right to

petition the Court within thirty (30) days for a hearing to adjudicate the validity of

their alleged legal interest in the property (Document #27);

AND WHEREAS, no third-party claims have been made for return of seized

property against the firearm included in the Preliminary Order of Forfeiture entered

on December 16, 2015.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1.    That any right, title, and interest defendant has or had in the hereinafter described property is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

2.    That the following property seized from Tyshawn Tyrone Bush who is the subject of this Order, is hereby condemned and forfeited to the United States of America, as follows:

> **a.    a loaded Lorcin .25 caliber pistol, with an obliterated serial number, seized from defendant on or about July 16, 2015, in Cedar Rapids, Iowa;**
>
> **b.    a Westernfield 16 gauge shotgun, bearing serial number 16G78, seized from defendant on or about July 16, 2015, in Cedar Rapids, Iowa; and**
>
> **c.    eight (8) rounds of .25 caliber ammunition, seized from defendant, on or about July 16, 2015, in Cedar Rapids, Iowa.**

3.    That the United States Marshals Service and/or Federal Bureau of Investigation, is hereby authorized to dispose of the firearms and ammunition identified in paragraph 2 above.

4.    That the United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

DATED this 29th day of February, 2016.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA